UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
BENJAMIN MADDEN
and SEAN FLANAGAN,

        Plaintiffs,

  -against-

READER'S DIGEST ASSOCIATION INC.
SEVERANCE PLAN,

        Defendant.

------------------------------------------- X

INDEX NO.: 08 CV 5163

**STATEMENT PURSUANT
TO FEDERAL RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant The Reader's Digest Association Inc. Severance Plan (the "Plan"), hereby certifies that Defendant is not a publicly held corporation.

Dated: New York, New York
      August 7, 2008

                    Respectfully submitted,
                    McDERMOTT WILL & EMERY LLP

                    By: _____
                        Terri L. Chase (TC 9091)
                        Nadine M. Gomes Williams (NW 3319)

340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Attorneys for Defendant
The Reader's Digest Association Inc.
Severance Plan*

NYK 1170042-1.039383.0010